UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| JANA CAUDILL, et al.,<br><br>   Plaintiffs,<br><br>   v.<br><br>KELLER WILLIAMS REALTY, INC.,<br><br>   Defendant. | Case No. 2:24-CV-120-CCB-SJF |

## ORDER

Pursuant to the Stipulation of Dismissal Without Prejudice [DE 20] and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this case is DISMISSED without prejudice, each party bearing its own costs. The Clerk is DIRECTED to close this case.

SO ORDERED.

September 4, 2024

   /s/*Cristal C. Brisco*
CRISTAL C. BRISCO, JUDGE
UNITED STATES DISTRICT COURT